MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY NELSON,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED RECOVERY SYSTEMS, LP<br><br>         Defendant. | CASE NO.: 2:11-cv-01836<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |

PLEASE TAKE NOTICE that Defendant, UNITED RECOVERY SYSTEMS, LP, is hereby voluntarily dismissed from the above-entitled action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i). The matter has settled, Defendant has not filed any responsive pleading in this matter and has not incurred any filing fees. As such, this action is now dismissed in its entirety.

DATED this 12th day of April 2012.

THE BOURASSA LAW GROUP, LLC

/s/ Trent L. Richards
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 851-2180

**IT IS SO ORDERED** this 12th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge